**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------- x

**JEFFREY SPRIGGS,**                                   :
                                                       :
                                   *Plaintiff,*        :
                                                       :        **26-cv-00650 (ALC)**
                    -against-                           :
                                                       :        **ORDER**
**UNITED STATES POSTAL SERVICE,** *et. al,*            :
                                                       :
                                   *Defendants.*       :
                                                       :
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

    The parties are ORDERED to file a joint status report by **May 8, 2026**, regarding

the status of these proceedings.

**SO ORDERED.**

**Dated:        May 1, 2026**
          **New York, New York**                _____
                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**

1